UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FORD OF SLIDELL, LLC et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-858** |
| **STARR SURPLUS LINES INSURANCE CO.** | **SECTION: "G"** |

## JUDGMENT

Pursuant to the Court's Order[1] granting Defendant's Motion to Dismiss,[2]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the Defendant, Starr Surplus Lines Insurance Co., and against the Plaintiffs, Ford of Slidell, LLC, Nissan of Slidell, LLC, Supreme Automotive Group, LLC, Supreme Chevrolet, LLC, Supreme Domestics, LLC, Supreme Imports, LLC, and Kramor of Plaquemine, LLC.

**NEW ORLEANS, LOUISIANA**, this 18th day of November, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 23.
[2] Rec. Doc. 13.